No. 610. McDonald v. O'Meara et al. C. A. 5th Cir. Certiorari denied. *Robert Weinstein* for petitioner. *John L. Toler* for the First City National Bank of Houston et al., and *M. Truman Woodward, Jr.* for the Louisiana Land & Exploration Co., respondents.

No. 613. St. Regis Tribe of Mohawk Indians v. New York. Court of Appeals of New York. Certiorari denied. *James Craig Peacock, Paul F. Myers* and *Edward J. Gosier* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondent.

No. 614. O'Connor et al. v. Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied. *John C. O'Connor* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Joseph Kovner* for respondent.

No. 617. Peter Paul, Inc., et al. v. Rederi A/B Pulp et al. C. A. 2d Cir. Certiorari denied. *Henry N. Longley* and *John W. R. Zisgen* for petitioners. *James McKown, Jr.* and *Charles S. Haight* for respondents.

No. 618. United States Lines Co. v. St. Paul Fire & Marine Insurance Co. C. A. 2d Cir. Certiorari denied. *Michael F. Whalen* and *James McGarry* for petitioner. *Martin P. Detels* for respondent.

No. 669. Thomas et al. v. Broadway Baptist Church. Court of Appeals of Kentucky. Certiorari denied. *J. W. Jones* for petitioners. *James W. Stites* for respondent.